Steven H. Haney, SBN 121980
**HANEY & YOUNG, LLP**
1055 West Seventh Street, Suite 1950
Los Angeles, California 90017
T: (213) 228-6500
F: (213) 228-6501
shaney@haneyyoung.com

Attorneys for Plaintiff, JEFF POMARICO

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF POMARICO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ELEKTA, INC., a Georgia corporation registered to do business in California, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01117-MWF-RAO<br><br>**STIPULATION FOR DISMISSAL WITH PREDJUDICE; [~~PROPOSED~~] ORDER**<br><br>Hon. Michael W. Fitzgerald |

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the approval and order of the Court as provided below, the undersigned parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its

///
///
///
///

---

1

STIPULATION FOR DISMISSAL WITH PREDJUDICE; [~~PROPOSED~~] ORDER

Case No. 2:19-cv-01117-MWF-RAO

own attorneys' fees and costs, and request that the Court enter an Order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: February 28, 2020        HANEY & YOUNG LLP

By: /s/ Steven H. Haney
Steven H. Haney
Attorneys for Plaintiff,
JEFF POMARICO

Dated: March 4, 2020 ~~February 28, 2020~~        SQUIRE PATTON BOGGS (US) LLP

By: /s/
Adam R. Fox,
Emma E. Jacobson.
Attorneys for Defendant,
ELEKTA, INC.

## ORDER

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 6, 2020

/s/ Michael W. Fitzgerald
HON. MICHAEL W. FITZGERALD
U.S. District Court Judge

HANEY & YOUNG, LLP
1055 WEST SEVENTH STREET, SUITE 1950
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: (213) 228-6500
FACSIMILE: (213) 228-6501